# [J-70-2016]
## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF | : | No. 12 EAP 2016 |
| JESS JOHNSON, CANDIDATE FOR | : | |
| REPRESENTATIVE IN THE GENERAL | : | Appeal from the Order of the |
| ASSEMBLY FROM THE 192ND | : | Commonwealth Court entered on 3/15/16 |
| LEGISLATIVE DISTRICT AT THE APRIL | : | at No. 97 MD 2016 |
| 26, 2016 DEMOCRATIC PRIMARY | : | |
| ELECTION | : | |
| | : | |
| APPEAL OF: MORGAN CEPHAS | : | |

*ORDER*

**PER CURIAM**

**AND NOW**, this 8th day of April, 2016, the Order of the Commonwealth Court is hereby AFFIRMED.